IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:20-cv-1031-ADA |
| | ) |
| v. | ) **JURY TRIAL DEMANDED** |
| | ) |
| CISCO SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### CASE READINESS STATUS REPORT

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc., hereby provide the following status report in advance of the initial Case Management Conference (CMC).

### FILING AND EXTENSIONS

Plaintiff's Complaint was filed on November 6, 2020. The parties agreed to one extension of Cisco's deadline to Answer for a total of 30 days.

### RESPONSE TO THE COMPLAINT

Defendant filed its Answer to the Complaint on January 4, 2020. Defendant did not file any counterclaims.

### PENDING MOTIONS

There are no pending motions in this case.

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this judicial district.

### IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted two patents and a total of 23 claims.

### APPOINTMENT OF TECHNICAL ADVISER

The parties do not oppose appointing a technical adviser to assist the Court with claim construction or other technical issues.

### MEET AND CONFER STATUS

Plaintiff and Defendants have no pre-*Markman* issues to raise at the CMC.

Date: January 11, 2021

Respectfully submitted,

FOLIO LAW GROUP PLLC

| | |
|---|---|
| */s/ Cristofer I. Leffler* | */s/ Melissa R. Smith* |
| Cristofer I. Leffler, WA Bar No. 35020 | Melissa R. Smith |
| **Folio Law Group PLLC** | (State Bar No. 24001351) |
| 14512 Edgewater Lane NE | melissa@gillamsmithlaw.com |
| Lake Forest Park, WA 98155 | GILLAM & SMITH LLP |
| Tel:    (206) 512-9051 | 303 South Washington Avenue |
| Email: cris.leffler@foliolaw.com | Marshall, TX 75670 |
| | Telephone: 903.934.8450 |
| Joseph M. Abraham, TX SB No. 24088879 | Facsimile: 903.934.9257 |
| **Law Office of Joseph M. Abraham, PLLC** | |
| 13492 Research Blvd., Suite 120, No. 177 | Elizabeth R. Brannen (admitted *pro hac vice*) |
| Austin, TX 78750 | elizabeth.brannen@strismaher.com |
| T: 737-234-0201 | Kenneth J. Halpern (*pro hac vice* pending) |
| Email: joe@joeabrahamlaw.com | ken.halpern@strismaher.com |
| | Hanna Chandoo (*pro hac vice* pending) |
| *Attorneys for K.Mizra LLC.* | hanna.chandoo@strismaher.com |
| | STRIS & MAHER, LLP |
| | 725 South Figueroa Street, Suite 1830 |
| | Los Angeles, CA 90017 |
| | Telephone: 213.995.6800 |
| | Facsimile: 213.261.0299 |
| | |
| | *Counsel for Defendant Cisco Systems, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 11th day of January, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(b)(1).

                                                             */s/ Cristofer I. Leffler*
                                                             Cristofer I. Leffler