# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:20-cv-1031-ADA |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| CISCO SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## [PROPOSED] AGREED SCHEDULING ORDER

The parties submit the following Proposed Agreed Scheduling Order pursuant to Federal

Rule of Civil Procedure 16 and the Court's January 22, 2021 email message providing that the

Case Management Conference shall be "[d]eemed to have occurred on" February 12, 2021.

The Court therefore ORDERS that the following schedule will govern deadlines up to and

including the trial of this matter.

| Date | Event |
|---|---|
| February 5, 2021 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) are found. Plaintiff shall also identify the earliest priority date (*i.e.*, the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

| Date | Event |
|---|---|
| February 26, 2021 | Deadline for Motions to Transfer |
| April 2, 2021 | Defendant serves preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendant contends are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendant contends are directed to ineligible subject matter under section 101. Defendant shall also produce (1) all prior art referenced in the invalidity contentions, (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s), and (3) summary, annual sales information for the accused product(s) for the two years preceding the filing of the Complaint, unless the parties agree to some other timeframe. |
| April 21, 2021 | Parties exchange claim terms for construction. |
| May 5, 2021 | Parties exchange proposed claim constructions. |
| May 12, 2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[2] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| May 19, 2021 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| May 26, 2021 | Plaintiff files Opening claim construction brief, including any arguments that any claim terms are indefinite. |
| June 16, 2021 | Defendant files Responsive claim construction brief. |
| June 29, 2021 | Plaintiff files Reply claim construction brief. |
| July 13, 2021 | Defendant files Sur-Reply claim construction brief. |
| July 16, 2021 | Parties submit Joint Claim Construction Statement.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |

---

[2] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| Date | Event |
|---|---|
| July 20, 2021 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[3] |
| July 27, 2021 | *Markman* Hearing at 9:30 AM for 1.5 hours. |
| July 28, 2021 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| September 7, 2021 | Deadline to add parties. |
| September 23, 2021 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| November 18, 2021 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| December 6, 2021 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| January 6, 2022 | Close of Fact Discovery. |
| January 12, 2022 | Opening Expert Reports. |
| February 9, 2022 | Rebuttal Expert Reports. |
| March 2, 2022 | Close of Expert Discovery. |
| March 7, 2022 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

---

[3] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| Date | Event |
|---|---|
| March 17, 2022 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #8 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| March 31, 2022 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery and deposition designations). |
| April 14, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| April 21, 2022 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| April 25, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations) |
| April 28, 2022 | File oppositions to motions *in limine*. |
| May 2, 2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
| May 4, 2022 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| May 13, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| May 16, 2022 | Final Pretrial Conference. |
| June 6, 2022 | Jury Selection/Trial. |

SIGNED this _____ day of _____, 20_____.


_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

4

Date: February 5, 2021

Respectfully submitted,

| | |
|---|---|
| LAW OFFICE OF JOSEPH M. ABRAHAM PLLC | GILLAM & SMITH LLP |
| | By: */s/Melissa R. Smith* |
| */s/ Joseph M. Abraham* | Melissa R. Smith, TX SB No. 24001351 |
| Joseph M. Abraham, TX SB No. 24088879 | **Gillam & Smith LLP** |
| **Law Office of Joseph M. Abraham, PLLC** | 303 South Washington Ave. |
| 13492 Research Blvd., Suite 120, No. 177 | Marshall, TX 75670 |
| Austin, TX 78750 | Phone: (903) 934-8450 |
| T: 737-234-0201 | Fax: (903) 934-9257 |
| Email: joe@joeabrahamlaw.com | Email: melissa@gillamsmithlaw.com |
| | |
| Cristofer I. Leffler, WA Bar No. 35020 | Elizabeth Brannen, CA Bar No. 226234 |
| Cliff Win, CA Bar No. 270517 | Ken Halpern, CA Bar No. 187663 |
| **Folio Law Group PLLC** | **Stris & Maher LLP** |
| 14512 Edgewater Lane NE | 777 South Figueroa Street, Suite 3850 |
| Lake Forest Park, WA 98155 | Los Angeles, CA 90017 |
| Tel:    (206) 512-9051 | Phone: (213) 995-6809 |
| Email: cris.leffler@foliolaw.com | Fax:    (213) 261-0299 |
| Email: cliff.win@foliolaw.com | Email:  elizabeth.brannen@strismaher.com |
| | Email:  ken.halpern@strismaher.com |
| | |
| *Attorneys for Dali Wireless, Inc.* | *Attorneys for Defendant Cisco Systems, Inc.* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of February, 2021, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system which will send notification of such filing to

all counsel of record.


/s/Joseph M. Abraham
Joseph M. Abraham