# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:20-cv-01031-ADA ) ) |
| CISCO SYSTEMS, INC., | ) ) |
| Defendants. | ) ) ) ) |

## PLAINTIFF K.MIZRA LLC'S NOTICE OF SUBPOENA TO MICROSOFT CORPORATION

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff K.Mizra will serve the subpoena attached as Exhibit 1 on Microsoft Corporation.

Date: August 6, 2021

*/s/ Cliff Win, Jr.*
Cristofer I. Leffler, WA Bar No. 35020
Cliff Win, Jr., CA Bar No. 270517
**FOLIO LAW GROUP PLLC**
14512 Edgewater Lane NE
Lake Forest Park, WA 98155
T: (206) 512-9051
Email: cris.leffler@foliolaw.com
Email: cliff.win@foliolaw.com

Joseph M. Abraham, TX SB No. 24088879
**LAW OFFICE OF JOSEPH M. ABRAHAM, PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
T: (737) 234-0201
Email: joe@joeabrahamlaw.com

*Attorneys for K.Mizra LLC*

**PROOF OF SERVICE**

**K.Mizra LLC v. Cisco Systems, Inc.**
**Case No. 6:20-CV-01031-ADA**

I hereby certify that on August 06, 2021, I caused to be served a true copy of the foregoing document(s) described as *K.MIZRA'S NOTICE OF SUBPOENA TO MICROSOFT CORPORATION* on the interested parties in this action as follows:

Via ECF:

Elizabeth Brannen
elizabeth.brannen@stris.com

Kenneth Halpern
khalpern@stris.com

Melissa Richards Smith
melissa@gillamsmithlaw.com

Travis Underwood
travis@gilliamsmithlaw.com

Dated: August 6, 2021              */s/ Cliff Win, Jr.*
                                   Cliff Win, Jr.