IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

K.MIZRA LLC,

        Plaintiff,

v.

CISCO SYSTEMS, INC.,

        Defendant.

Case No. 6:20-cv-01031-ADA

## CLAIM CONSTRUCTION ORDER

The Court HEREBY ORDERS that the disputed claim terms of U.S. Patent Nos. 8,234,705 ("the '705 Patent") and 8,965,892 ("the '892 Patent") are construed as follows:

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| "trusted platform module"<br><br>'705 Patent, Claims 1, 12, 19 | A secure cryptoprocessor that can store cryptographic keys, which includes but is not limited to a cryptoprocessor that implements the Trusted Platform Module specification from the Trusted Computing Group. | A secure cryptoprocessor that implements the Trusted Platform Module specification from the Trusted Computing Group. | A secure cryptoprocessor that can store cryptographic keys and that implements the Trusted Platform Module specification from the Trusted Computing Group. |
| "document"<br><br>'892 Patent, Claims 1, 5, 6, 14, 15 | No construction necessary | The term "document" excludes non-electronic documents, electronic documents not accessible via a network address, and email. | Preamble is not limiting except for "electronic document accessible via a network address."<br><br>Plain-and-ordinary meaning. |

| Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Court's Construction |
|---|---|---|---|
| "electronic document"<br><br>'892 Patent, Claims 1, 14, 15 | No construction necessary | The term "document" excludes non-electronic documents, electronic documents not accessible via a network address, and email. | Preamble is not limiting except for "electronic document accessible via a network address."<br><br>Plain-and-ordinary meaning. |

SIGNED this 7th day of October, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE