—1—

```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TEXAS
                        WACO DIVISION

K.MIZRA LLC              *
                         *      September 26, 2022
VS.                      *
                         * CIVIL ACTION NO. W-20-CV-1031
CISCO SYSTEMS, INC.      *

         BEFORE THE HONORABLE ALAN D ALBRIGHT
         STATUS CONFERENCE HEARING (via Zoom)

APPEARANCES:

For the Plaintiff:   Joseph M. Abraham, Esq.
                     Folio Law Group PLLC
                     13492 Research Blvd, Ste. 120, #177
                     Austin, TX 78750

                     Cliff Win, Jr., Esq.
                     Folio Law Group PLLC
                     1200 Westlake Ave. N, Ste. 809
                     Seattle, WA 98109

For the Defendant:   Elizabeth Rogers Brannen, Esq.
                     Stris & Maher LLP
                     777 South Figueroa Street, Ste 3850
                     Los Angeles, CA 90017

                     James Travis Underwood, Esq.
                     Gillam & Smith
                     102 N. College, Suite 800
                     Tyler, TX 75702

Court Reporter:      Kristie M. Davis, CRR, RMR
                     PO Box 20994
                     Waco, Texas 76702-0994
                     (254) 340-6114
```

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

2

```
09:31   1                    (Hearing begins.)
09:31   2                    DEPUTY CLERK:  A Civil Action in Case
09:31   3    6:20-CV-1031, K.Mizra LLC versus Cisco Systems,
09:31   4    Incorporated.  Case called for a status conference.
09:31   5                    THE COURT:  If I could have announcements
09:31   6    from counsel.  Give me -- and I'll get my cheat sheet
09:31   7    out while you're doing that.
09:31   8                    Good morning.
09:31   9                    MR. ABRAHAM:  Good morning, Your Honor.
09:31  10    This is Joseph Abraham of Foley Law Group here on
09:31  11    behalf of plaintiff K.Mizra LLC.
09:31  12                    With me today is my partner Cliff Win of
09:31  13    Folio Law Group.  And also today we have fine
09:31  14    representative, Chuck Hausman, CEO of K.Mizra.
09:31  15                    THE COURT:  Okay.
09:31  16                    Good morning.
09:31  17                    MR. UNDERWOOD:  I apologize, Your Honor.
09:31  18    This is Travis Underwood for the defendant Cisco.  I'm
09:32  19    joined with Liz Brannen, and we're ready to proceed.
09:32  20                    THE COURT:  Well, I had a trial last week
09:32  21    where some of the lawyers couldn't figure whether they
09:32  22    should talk or not, and we were in person.  So it's
09:32  23    much harder on Zoom.
09:32  24                    I will say I'm not sure exactly which
09:32  25    order to take this -- just in terms of lawyers because
```

```
09:32   1    of what we have from the PTAB.  So why don't I start
09:32   2    with counsel for plaintiff?
09:32   3                  And then, you know, obviously,
09:32   4    Mr. Underwood, I'll give you a chance to say whatever
09:32   5    you care to as well.  But I think this is just a status
09:32   6    conference to figure out what we do moving forward and
09:32   7    get your suggestions.
09:32   8                  MR. ABRAHAM:  Sure, Your Honor.  Thank
09:32   9    you very much.
09:32   10                 And counsel -- Ms. Brannen and I had a
09:32   11   chance to speak last week along with Mr. Win.  We have
09:32   12   some preliminary thoughts that we exchanged.
09:32   13                 Basically it looks like, you know,
09:32   14   plaintiff's position is the case should restart in
09:32   15   fairly short order.  We have an existing scheduling
09:32   16   order that we think would mostly work, more or less
09:32   17   picking up where we left off possibly with a little bit
09:33   18   of extra cushion at the beginning so that everybody can
09:33   19   get their ducks back in a row in terms of where we were
09:33   20   in the middle of discovery and the middle of some
09:33   21   motions on which briefing hadn't closed.
09:33   22                 But that is basically where we are.
09:33   23                 The '705 patent has made it out of IPR.
09:33   24   The '892 patent, the PTAB did find invalid.  We are
09:33   25   presently considering our options as to what to do with
```

09:33  1   that patent going forward.  Potentially severing could
09:33  2   be an option.  Potentially dismissing could be an
09:33  3   option.  But we are discussing and have not yet come to
09:33  4   rest on that.
09:33  5               THE COURT:  So if I -- I think I hear you
09:33  6   correctly.  And this -- and to some extent I do give
09:33  7   some deference to the plaintiff here in the sense that
09:33  8   y'all brought the case and it's your case and with what
09:33  9   you want to do.
09:33  10              You are prepared -- you would be
09:33  11  prepared -- I'm just -- not saying you've committed to
09:33  12  this, but your interest is in moving forward on the
09:33  13  case that's gotten out of PTAB, and you'll figure out
09:33  14  what to do with the other.
09:34  15              But you would not be opposed, for
09:34  16  example, possibly of severing it or doing what needed
09:34  17  to be done.  However you're going to protect your
09:34  18  rights with respect to that, you can do.
09:34  19              But you would prefer for the case, with
09:34  20  respect to the patent that is -- that got out of the
09:34  21  PTAB to move forward.  And fair summary of you -- and I
09:34  22  don't want to misstate what you said.
09:34  23              MR. ABRAHAM:  No.  I would say that is
09:34  24  broadly correct, Your Honor.  Thank you.
09:34  25              THE COURT:  Okay.  And response?

5

09:34  1                  MS. BRANNEN:  Good morning, Your Honor.
09:34  2                  Sorry.  Go ahead.
09:34  3                  MR. UNDERWOOD:  I was going to say, I was
09:34  4   going to defer to my co-counsel Ms. Brannen.  Now I've
09:34  5   spoken over people twice, so we're off to a great
09:34  6   start.
09:34  7                  MS. BRANNEN:  My apologies.
09:34  8                  THE COURT:  Yes, ma'am.
09:34  9                  MS. BRANNEN:  Good morning, Your Honor.
09:34  10  This is Liz Brannen.  I was enthusiastic and did not
09:34  11  mean to cut Mr. Underwood off.  But I'm from the law
09:34  12  firm Stris & Maher representing Cisco, and we also have
09:34  13  two client representatives with us today, Xiao Chang --
09:34  14                 THE COURT:  Oh, I'm sorry.
09:34  15                 MS. BRANNEN:  -- and Buddy Toliver.
09:34  16                 THE COURT:  I always try and make it a
09:35  17  point to show my appreciation for clients who take the
09:35  18  time to show up, so I'm glad you let me know that.  And
09:35  19  I'm sorry we didn't get that on earlier.  So welcome.
09:35  20                 MS. BRANNEN:  Thank you.
09:35  21                 And Cisco's position is I've had the
09:35  22  chance to discuss with Mr. Abraham and Mr. Win a little
09:35  23  bit, is that as long as both patents remain live,
09:35  24  basically each party lost once and each party's
09:35  25  appealing.  The stay is supposed to be in place till

6

```
09:35  1   the PTAB proceedings are resolved.
09:35  2                And as long as each side is appealing
09:35  3   their loss, we'd like to see it stay that way.
09:35  4                We do have some other thoughts if the
09:35  5   case is going to proceed on the '705, the one that the
09:35  6   PTAB did not find invalid.  This may be a case, you
09:35  7   know, where it makes sense to take up a dispositive
09:35  8   motion first rather than going full force if that one
09:35  9   is going to go forward.
09:35 10                I've talked to Mr. Abraham and Mr. Win
09:35 11   about that, and I don't think they're open to that
09:36 12   either.  But I did want to put that out there.
09:36 13                THE COURT:  Okay.  Okay.
09:36 14                So it sounds to me like your opening bid
09:36 15   is that since they were both filed and you'd like them
09:36 16   to both go to the Circuit at the same time and see what
09:36 17   happens, that's probably not going to be successful.
09:36 18   That argument probably isn't persuasive to me.
09:36 19                I feel like, you know, if it -- just from
09:36 20   my own getting stuff done, I think you need to -- I
09:36 21   need to move forward on the one.
09:36 22                But I -- but tell me more about the kind
09:36 23   of motion that you think would need to be taken up
09:36 24   earlier and let me see if that's something that would
09:36 25   be -- make sense.
```

KRISTIE M. DAVIS, OFFICIAL COURT REPORTER
U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS (WACO)

```
09:36   1              MS. BRANNEN:  It's a motion -- and we had
09:36   2    briefed it, Your Honor, with both patents.  So we --
09:36   3    you know, only part of the motion would matter if we
09:36   4    move forward on the '705.
09:36   5              But it's a written description motion.
09:36   6    There is a limitation that's in the claims that are
09:36   7    asserted.  It's in every asserted claim.  And we
09:37   8    believe on the intrinsic record it's pretty clear that
09:37   9    they can't satisfy the written description requirement.
09:37  10              They disagree and have filed an
09:37  11    opposition.  We have yet to file Cisco's reply.
09:37  12              But I do think it's the kind of motion
09:37  13    that may -- it's a different case than the case where
09:37  14    there's nothing clean like that.  You're either going
09:37  15    to agree with us, and I think you will -- obviously I'm
09:37  16    biased -- or not.  But it's another thing that could
09:37  17    really lead to an efficient path forward here.
09:37  18              THE COURT:  Let me ask you this:  If it's
09:37  19    already briefed through the first two rounds and just
09:37  20    waiting on a reply, knowing you guys, a surreply, and
09:37  21    no one's ever happy not to get the last word in.
09:37  22              And I say all this with good humor.  I
09:37  23    did this for 20 years, so I say it as one of you and
09:37  24    not mocking you.
09:37  25              It seems to me if it's already briefed,
```

```
09:37   1   there's no reason why I -- we couldn't get you started
09:37   2   on the case, you know, with discovery, get a scheduling
09:38   3   order in place my guess is well, you know, as you know,
09:38   4   we have a standard order that y'all are free to do
09:38   5   whatever you want by agreement or not.
09:38   6               But I would be happy -- given that you
09:38   7   are correct that I am letting one case go forward on
09:38   8   appeal and not the other.  I would be happy to take
09:38   9   that motion up early.  In fact, that makes sense to me
09:38  10   if it's briefed.
09:38  11               So motion -- means it's your motion.  How
09:38  12   long would you need -- how long would Cisco need before
09:38  13   they would be able to get a reply done?
09:38  14               MS. BRANNEN:  May we have two weeks, Your
09:38  15   Honor?
09:38  16               THE COURT:  This will surprise you:  I
09:38  17   have plenty to do.  This is one of my favorite cases
09:38  18   and we're sitting anxiously waiting your reply.  But I
09:38  19   think you can have as much as time as you want on it.
09:38  20               You tell -- I tell you what.  You guys
09:38  21   come up with a schedule, whatever works for y'all.  I'm
09:39  22   happy to get -- allow a surreply as well.  And you guys
09:39  23   come up with a schedule.
09:39  24               All I care about is during my screening,
09:39  25   I put the burden on you.  When everything's done and
```

```
09:39   1    ready, if you will let my law clerk know.  I think this
09:39   2    is Beth's case.  And so we have a wonderful new set of
09:39   3    law clerks.  So if -- let her know.
09:39   4                And y'all are at great peril too because
09:39   5    she may be the smartest law clerk I've had in five
09:39   6    years.
09:39   7                And so, you know -- so I'll -- whatever
09:39   8    happens to this one, it'll be between -- it'll be me
09:39   9    working with a very, very talented law clerk.
09:39   10               But y'all just let us know when it's
09:39   11   ready for a hearing.  As soon as we can set a hearing,
09:39   12   we will.  If you guys would prefer to do the hearing in
09:39   13   person, happy to do that.  If you're happy doing it by
09:39   14   Zoom, happy to do that as well.  And we'll do that.
09:39   15               But y'all can go ahead -- go ahead and
09:39   16   get in place a scheduling order.  You can start getting
09:40   17   your discovery done and all that.
09:40   18               But we'll set it quickly enough that --
09:40   19   and, you know, we -- I don't, as you all know, for
09:40   20   better or worse, tend to sit on these things.  I don't
09:40   21   like to have a hearing and then, like, 11 months from
09:40   22   now tell you what I think.  You know, I -- that -- I
09:40   23   never cared for that when I was a lawyer.
09:40   24               Y'all get us -- finish the briefing, let
09:40   25   us know the briefing's done.  We'll set a hearing.  I
```

10

09:40 1 will rule on it almost for sure at the hearing or very,
09:40 2 very shortly after that.
09:40 3 But go ahead and get the other stuff on
09:40 4 track. And assume, for purposes of that, that I'm
09:40 5 going to deny it. Just -- I haven't even seen it. I'm
09:40 6 just saying, just prepare as though you're going to be
09:40 7 going to trial. But we'll take up the hearing.
09:40 8 Is there anything else we need to take up
09:40 9 today?
09:40 10 MR. ABRAHAM: For plaintiff, I don't
09:40 11 think so, Your Honor. I think we're clear enough about
09:40 12 what you intend.
09:40 13 THE COURT: Okay.
09:40 14 MS. BRANNEN: Likewise for Cisco, Your
09:41 15 Honor.
09:41 16 THE COURT: Thank you so much for being
09:41 17 here. That was the quickest hearing ever. So y'all
09:41 18 get extra points for that as well.
09:41 19 Have a great Monday. Take care.
09:41 20 (Hearing adjourned.)
21
22
23
24
25

```
 1  UNITED STATES DISTRICT COURT )
 2  WESTERN DISTRICT OF TEXAS    )
 3
 4
 5              I, Kristie M. Davis, Official Court
 6  Reporter for the United States District Court, Western
 7  District of Texas, do certify that the foregoing is a
 8  correct transcript from the record of proceedings in
 9  the above-entitled matter.
10              I certify that the transcript fees and
11  format comply with those prescribed by the Court and
12  Judicial Conference of the United States.
13              Certified to by me this 3rd day of
14  January 2023.
15
                            /s/ Kristie M. Davis
16                          KRISTIE M. DAVIS
                            Official Court Reporter
17                          800 Franklin Avenue
                            Waco, Texas 76701
18                          (254) 340-6114
                            kmdaviscsr@yahoo.com
19
20
21
22
23
24
25
```