IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br>**Jury Trial Demanded** |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF**
**U.S. PATENT NO. 8,965,892 PURSUANT TO STIPULATION**

Upon consideration of the Joint Motion for Dismissal of U.S. Patent No. 8,965,892 Pursuant to Stipulation submitted by Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, "the Parties") in the above-captioned action, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Joint Motion is GRANTED and K.Mizra's Second Cause of Action (ECF No. 1), alleging infringement of U.S. Patent No. 8,965,892 ("the '892 Patent") is dismissed. That dismissal is made with prejudice as to all claims of the '892 Patent.

Nothing herein shall impact any other claim or defense in this case. Specifically, all of the Parties' arguments as to U.S. Patent No. 8,234,705 are preserved.

SIGNED on this 11th day of January, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE