# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br><br>**Jury Trial Demanded** |

## JOINT MOTION TO ENTER AN AMENDED SCHEDULING ORDER

Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, the "Parties") submit this Joint Motion to Enter an Amended Scheduling Order, in the form submitted herewith. The Parties believe that a reasonable extension of the case schedule is necessary in light of the stay pending *inter partes* review granted on December 18, 2021. The requested extension is not sought for purposes of delay and will not prejudice any party to this action.

Accordingly, the Parties respectfully request that the Court enter the proposed Amended Scheduling Order submitted herewith.

Dated: January 11, 2023

By: /s/ *Angela J. Bubis*
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Paul Sung Cha*
    CO State Bar No. 34811
       pscha@sheridanross.com
    Angela J. Bubis*
    CO State Bar No. 58144
       abubis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

By: /s/ *James Travis Underwood*
    Elizabeth Rogers Brannen
    Kenneth J. Halpern
    Sarah Rahimi
    Stris & Maher LLP
    777 South Figueroa Street, Suite 3850
    Los Angeles, CA 90017
    Telephone: (213) 995-6809
    Fax: (213) 261-0299
    Email: ebrannen@stris.com
         khalpern@stris.com
         srahimi@stris.com

    Melissa Richards Smith
    Gillam and Smith, LLP
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    James Travis Underwood
    Gillam & Smith, LLP
    102 N. College, Suite 800
    Tyler, TX 75702
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: travis@gillamsmithlaw.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January 2023, I electronically filed the foregoing

with the clerk of Court using the CM/ECF system, which will send notification of such filing to

all counsel of record.

By: */s/ Angela J. Bubis*
      Angela J. Bubis*
      CO State Bar No. 58144
      abubis@sheridanross.com
      SHERIDAN ROSS P.C.
      1560 Broadway, Suite 1200
      Denver, CO 80202
      Telephone: 303-863-9700
      Facsimile: 303-863-0223
      litigation@sheridanross.com

      *Admitted pro hac vice*
      *Attorney for Plaintiff K.Mizra LLC*

3