IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br>**Jury Trial Demanded** |

**AMENDED SCHEDULING ORDER**

The Court ORDERS that with respect to U.S. Patent No. 8,234,705 the following schedule will govern deadlines up to and including the trial of this matter.

| Date | Event |
|---|---|
| 10 days after the Court lifts the stay | Cisco Files Reply Brief in Support of Motion for Summary Judgment (ECF No. 49) |
| 14 days after Cisco Files Reply Brief | K.Mizra Files Sur-reply Brief in Further Opposition of Cisco's Motion for Summary Judgment |
| To be set by Court | Hearing on Motion for Summary Judgment (ECF No. 49) |
| March 17, 2023 | Close of Fact Discovery. |
| March 31, 2023 | Opening Expert Reports. |
| April 21, 2023 | Rebuttal Expert Reports. |
| May 12, 2023 | Close of Expert Discovery. |
| May 19, 2023 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |

| Date | Event |
|---|---|
| May 26, 2023 | Dispositive motion deadline and *Daubert* motion deadline. |
| June 9, 2023 | Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery, and deposition designations). |
| June 23, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| June 30, 2023 | Serve objections to rebuttal disclosures and file motions *in limine*. |
| July 14, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations) |
| July 14, 2023 | File oppositions to motions *in limine*. |
| July 21, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
| July 21, 2023 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| July 28, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| August 1, 2023 | Final Pretrial Conference. |
| August 15, 2023 | Jury Selection/Trial. |

SIGNED this \_\_\_\_ day of _____, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE