IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>  Defendant. | Civil Action No. 6:20-cv-01031-ADA<br><br>Jury Trial Demanded |

**JOINT NOTICE OF PROPOSED AMENDMENT OF SCHEDULING ORDER**

  Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") respectfully submit this notice of their proposed amendment of certain dates set forth in the Court's scheduling order at ECF No. 76. Specifically, the Parties have agreed upon a two-week extension of time to complete fact discovery and expert discovery to ensure the Parties have sufficient time to serve written discovery requests, respond to written discovery requests, and schedule and take fact and expert witness depositions. The Parties also have agreed upon a one-week extension of time for the filing of any dispositive motions and *Daubert* motions, following the close of expert discovery.

  The Parties note that the current dates for pretrial disclosures, motions *in limine*, pretrial submissions, the final pretrial conference, and trial, *see* ECF No. 76, will not be affected by the Parties' proposed amended schedule. For the Court's convenience, a comparison of the current dates and the Parties' proposed dates are set forth in the following chart:

| Event | Current Date (per ECF No. 76) | Parties' Proposed Date |
|---|---|---|
| Close of Fact Discovery. | March 17, 2023 | March 31, 2023 |
| Opening Expert Reports. | March 31, 2023 | April 14, 2023 |
| Rebuttal Expert Reports. | April 21, 2023 | May 5, 2023 |
| Close of Expert Discovery. | May 12, 2023 | May 26, 2023 |
| Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references to triable limits. | May 19, 2023 | May 26, 2023 |
| Dispositive motion deadline and *Daubert* motion deadline. | May 26, 2023 | June 2, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery, and deposition designations). | June 9, 2023 | No proposed change to current date. |
| Serve objections to pretrial disclosures/rebuttal disclosures. | June 23, 2023 | No proposed change to current date. |
| Serve objections to rebuttal disclosures and file motions *in limine*. | June 30, 2023 | No proposed change to current date. |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | July 14, 2023 | No proposed change to current date. |
| File oppositions to motions *in limine*. | July 14, 2023 | No proposed change to current date. |
| File Notice of Request for Daily Transcript or Real Time Reporting, per ECF No. 76. | July 21, 2023 | No proposed change to current date. |
| Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. | July 21, 2023 | No proposed change to current date. |
| File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. | July 28, 2023 | No proposed change to current date. |
| Final Pretrial Conference. | August 1, 2023 | No proposed change to current date. |
| Jury Selection/Trial. | August 14, 2023 | No proposed change to current date. |

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order as set forth in the above chart.

Dated: February 9, 2023

By: /s/ *Angela J. Bubis*
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
        rbrunelli@sheridanross.com
    Paul Sung Cha*
    CO State Bar No. 34811
        pscha@sheridanross.com
    Angela J. Bubis*
    CO State Bar No. 58144
        abubis@sheridanross.com
    Patricia Y. Ho*
        pho@sheridanross.com
    CO State Bar No. 38013
    Bart Starr*
        bstarr@sheridanross.com
    CO State Bar No. 50446
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

*\*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

By: /s/ *James Travis Underwood*
    Elizabeth Rogers Brannen
    Kenneth J. Halpern
    Sarah Rahimi
    Stris & Maher LLP
    777 South Figueroa Street, Suite 3850
    Los Angeles, CA 90017
    Telephone: (213) 995-6809
    Fax: (213) 261-0299
    Email: ebrannen@stris.com
            khalpern@stris.com
            srahimi@stris.com

    Melissa Richards Smith
    Gillam and Smith, LLP
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    James Travis Underwood
    Gillam & Smith, LLP
    102 N. College, Suite 800
    Tyler, TX 75702
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: travis@gillamsmithlaw.com

    *Attorneys for Defendant*
    *Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 9, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Angela J. Bubis*
Angela J. Bubis*
CO State Bar No. 58144
abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice*
*Attorney for Plaintiff K.Mizra LLC*