# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | § § | |
| vs. | § § | NO:  WA:20-CV-01031-ADA |
| CISCO SYSTEMS, INC. | § | |

## ORDER RESETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTIONS HEARING by Public Zoom on March 24, 2023 at 03:00 PM .

IT IS SO ORDERED this 27th day of February, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE