IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| K. MIZRA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **C.A. NO. 6:20-CV-01031-ADA** |
| | ) | |
| v. | ) | |
| | ) | |
| CISCO SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Cisco Systems, Inc. provides notice of *Regents of University of Minnesota v. Gilead Sciences, Inc.*, --- F.4th ----, 2023 WL 2358853, at *2, *2-5 (2023), which affirms the PTAB's holding that the relevant patent specifications "contained neither *ipsis verbis* support nor sufficient blaze marks to guide the skilled artisan to the claims of the" patent-in-suit.

Dated: March 10, 2023   Respectfully submitted,

By: */s/ Melissa R. Smith*
Melissa R. Smith (State Bar No. 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

Elizabeth R. Brannen (*Pro Hac Vice*)
ebrannen@stris.com
Kenneth J. Halpern (*Pro Hac Vice*)
khalpern@stris.com
Sarah Rahimi (*Pro Hac Vice*)
srahimi@stris.com
**STRIS & MAHER LLP**
777 S. Figueroa St, Ste 3850
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 216-0299

*Attorneys for Defendant*
*Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 10th day of March, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*