# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>  Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br>**Jury Trial Demanded** |

## NOTICE OF UNOPPOSED REQUEST TO DEPOSE WITNESS AFTER CLOSE OF FACT DISCOVERY

Pursuant to the Court's March 7, 2022 Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, Plaintiff K.Mizra LLC ("K.Mizra") submits this Notice of Unopposed Request to Depose a Witness after the close of fact discovery.

Fact discovery in this case closes on Friday, March 31, 2023, with expert reports due on April 14, 2023. K.Mizra is taking the Fed. R. Civ. P. 30(b)(6) deposition of Defendant Cisco Systems, Inc. ("Cisco") this week and next. For some of the noticed categories, the appropriate witness is not available before March 31, but is available on Wednesday, April 5, 2023. Cisco does not oppose K.Mizra's request to depose Cisco on these topics after the close of fact discovery.

Thus, the parties agree that K.Mizra may complete Cisco's deposition after the close of fact discovery by deposing the remaining witness on Wednesday, April 5, 2023.

Dated: March 24, 2023

Respectfully submitted,

By: */s/ Paul S. Cha*
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
        rbrunelli@sheridanross.com
    Paul Sung Cha*
    CO State Bar No. 34811
        pscha@sheridanross.com
    Patricia Y. Ho*
    CO State Bar No. 38013
    pho@sheridanross.com
    Bart A. Starr*
    CO State Bar No. 50446
    bstarr@sheridanross.com
    Angela J. Bubis*
    CO State Bar No. 58144
        abubis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 24, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Paul S. Cha*
Paul Sung Cha*
CO State Bar No. 34811
   pscha@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice*
*Attorney for Plaintiff K.Mizra LLC*