IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No. 6:20-cv-01031-ADA<br><br>Jury Trial Demanded |

**JOINT NOTICE OF SECOND PROPOSED AMENDMENT OF SCHEDULING ORDER**

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") respectfully submit this notice of their second proposed amendment of certain dates set forth in the Court's Scheduling Order (ECF No. 76) and set forth in the Parties' Joint Notice of Proposed Amendment of Scheduling Order filed February 9, 2023 (ECF No. 83). Specifically, the Parties have agreed upon a one-week extension of time for the Parties to complete expert reports. The Parties also have agreed upon a one-week extension of time for expert discovery, the filing of any dispositive motions and *Daubert* motions, including responses and replies thereto, pretrial disclosures, and motions *in limine*, including responses and replies thereto, following the close of expert discovery.

The Parties note that the current dates for the joint pretrial order and pretrial submissions, the final pretrial conference, and trial (*see* ECF Nos. 76 and 83) will not be affected by the Parties' proposed amended schedule. For the Court's convenience, a comparison of the current dates and the Parties' proposed dates are set forth in the following chart:

| Event | Current Deadline | Parties' Proposed Date |
|---|---|---|
| Opening Expert Reports. | April 14, 2023 | April 21, 2023 |
| Rebuttal Expert Reports. | May 5, 2023 | May 12, 2023 |
| Close of Expert Discovery. | May 26, 2023 | June 2, 2023 |
| Deadline to meet and confer to discuss narrowing the number of claims asserted and prior art references to triable limits. | May 26, 2023 | June 2, 2023 |
| Dispositive motion deadline and *Daubert* motion deadline. | June 2, 2023 | June 9, 2023 |
| Deadline to file Response to Daubert motions. | June 16, 2023 | June 23, 2023 |
| Deadline to file Response to Dispositive Motions. | June 16, 2023 | June 23, 2023 |
| Deadline to file Replies to Responses to Dispositive motions | June 23, 2023 | June 30, 2023 |
| Deadline to file Replies to Responses to Daubert motions. | June 23, 2023 | June 30, 2023 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery, and deposition designations). | June 9, 2023 | June 16, 2023 |
| Serve objections to pretrial disclosures/rebuttal disclosures. | June 23, 2023 | June 30, 2023 |
| Serve objections to rebuttal disclosures and file motions *in limine*. | June 30, 2023 | July 14, 2023 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | July 14, 2023 | No Change |
| File oppositions to motions *in limine*. | July 14, 2023 | July 21, 2023 |
| File reply briefs to motions *in limine*. | July 21, 2023 | July 28, 2023 |
| Deadline to meet and confer regarding remaining objections and disputes on motions in *limine*. | July 21, 2023 | July 25, 2023 |
| File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. | July 28, 2023 | No Change |

| Event | Current Deadline | Parties' Proposed Date |
|---|---|---|
| Final Pretrial Conference. | August 1, 2023 | No Change |
| Jury Selection/Trial. | August 14, 2023 | No Change |

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order as set forth in the above chart.

Dated: April 7, 2023                                                  Respectfully submitted,

By: */s/ Paul S. Cha*                                                  By: /s/ *Elizabeth Rogers Brannen*
    Michael C. Smith                                                        Elizabeth Rogers Brannen
    Texas Bar No. 18650410                                          Kenneth J. Halpern
    michael.smith@solidcounsel.com                           Sarah Rahimi
    Scheef & Stone, LLP                                                     Stris & Maher LLP
    113 E. Austin Street                                                      777 South Figueroa Street, Suite 3850
    Marshall, TX 75670                                                      Los Angeles, CA 90017
    (903) 938-8900                                                                Telephone: (213) 995-6809
                                                                                                Fax: (213) 261-0299
    Robert R. Brunelli*                                                      Email: ebrannen@stris.com
    CO State Bar No. 20070                                                        khalpern@stris.com
        rbrunelli@sheridanross.com                                           srahimi@stris.com
    Paul Sung Cha*
    CO State Bar No. 34811                                          Melissa Richards Smith
        pscha@sheridanross.com                                Gillam and Smith, LLP
    Patricia Y. Ho*                                                               303 South Washington Avenue
        pho@sheridanross.com                                    Marshall, TX 75670
    CO State Bar No. 38013                                          Telephone: (903) 934-8450
    Bart Starr*                                                                      Fax: (903) 934-9257
        bstarr@sheridanross.com                                  Email: melissa@gillamsmithlaw.com
    CO State Bar No. 50446
    Angela J. Bubis*                                                           James Travis Underwood
    CO State Bar No. 58144                                          Gillam & Smith, LLP
        abubis@sheridanross.com                                102 N. College, Suite 800
    SHERIDAN ROSS P.C.                                                Tyler, TX 75702
    1560 Broadway, Suite 1200                                       Telephone: (903) 934-8450
    Denver, CO 80202                                                        Fax: (903) 934-9257
    Telephone: 303-863-9700                                          Email: travis@gillamsmithlaw.com
    Facsimile: 303-863-0223
    litigation@sheridanross.com                                     *Attorneys for Defendant*
                                                                                                *Cisco Systems, Inc.*

*\*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 7, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Paul S. Cha*
Paul Sung Cha*
CO State Bar No. 34811
pscha@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice*
*Attorney for Plaintiff K.Mizra LLC*