# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　Defendant. | Civil Action No. 6:20-CV-01031-ADA<br><br>**JURY TRIAL DEMANDED** |

## JOINT NOTICE OF FOURTH PROPOSED AMENDMENT OF SCHEDULING ORDER

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") respectfully submit this notice of their fourth proposed amendment of certain dates set forth in the Parties' Joint Notice of Third Proposed Amendment of Scheduling Order filed on May 12, 2023 (*see* ECF No. 104). Specifically, the Parties have agreed upon a five-day extension of time for the filing of *Daubert* motions as to Mr. Mike Pellegrino *only*. All other dispositive motions and *Daubert* motions shall be filed on or before June 9, 2023 (*see* ECF No. 104).[1] The deadlines to file responses and replies to *Daubert* motions will not be changed.

The Parties note that the current dates for the joint pretrial order and pretrial submissions, the final pretrial conference, and trial (*see* ECF Nos. 76, 83, 102, and 104) will not be affected by the Parties' proposed amended schedule. For the Court's convenience, a comparison of the current dates and the Parties' proposed dates are set forth in the following chart:

---

[1] The Parties previously agreed to extend the deadline to file *Daubert* motions as to Ms. Ambreen Salters up to and including June 14, 2023 (*see* ECF No. 104).

| Event | Current Deadline | Parties' Proposed Date |
|---|---|---|
| Dispositive motion deadline and *Daubert* motion deadline. | June 9, 2023 | No Change |
| Dispositive motion deadline and *Daubert* motion deadline as to Mr. Mike Pellegrino *only*. | June 9, 2023 | June 14, 2023 |
| Dispositive motion deadline and *Daubert* motion deadline as to Ms. Ambreen Salters *only*. | June 14, 2023 | No Change |
| Deadline to file Response to Daubert motions. | June 23, 2023 | No Change |
| Deadline to file Response to Dispositive Motions. | June 23, 2023 | No Change |
| Deadline to file Replies to Responses to Dispositive motions | June 30, 2023 | No Change |
| Deadline to file Replies to Responses to Daubert motions. | June 30, 2023 | No Change |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery, and deposition designations). | June 16, 2023 | No Change |
| Serve objections to pretrial disclosures/rebuttal disclosures. | June 30, 2023 | No Change |
| Serve objections to rebuttal disclosures and file motions *in limine*. | July 14, 2023 | No Change |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | July 14, 2023 | No Change |
| File oppositions to motions *in limine*. | July 21, 2023 | No Change |
| File reply briefs to motions *in limine*. | July 28, 2023 | No Change |
| Deadline to meet and confer regarding remaining objections and disputes on motions in *limine*. | July 25, 2023 | No Change |
| File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. | July 28, 2023 | No Change |
| Final Pretrial Conference. | August 1, 2023 | No Change |
| Jury Selection/Trial. | August 14, 2023 | No Change |

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order as set forth in the above chart.

Dated: June 6, 2023

By: /s/ *Patricia Y. Ho*
    Michael C. Smith
    Texas Bar No. 18650410
    **SCHEEF & STONE, LLP**
    113 E. Austin Street
    Marshall, Texas 75670
    Telephone: (903) 938-8900
    michael.smith@solidcounsel.com

    Anna Rebecca Skupin
    Texas Bar No. 24084272
    **SCHEEF & STONE, LLP**
    200 North Travis Street, Suite 402
    Sherman, Texas 75090
    Telephone: (430) 262-5660
    becca.skupin@solidcounsel.com

    Robert R. Brunelli*
    CO State Bar No. 20070
        rbrunelli@sheridanross.com
    Paul Sung Cha*
    CO State Bar No. 34811
        pscha@sheridanross.com
    Patricia Y. Ho*
        pho@sheridanross.com
    CO State Bar No. 38013
    Bart Starr*
        bstarr@sheridanross.com
    CO State Bar No. 50446
    Angela J. Bubis*
    CO State Bar No. 58144
        abubis@sheridanross.com
    **SHERIDAN ROSS P.C.**
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone: (303) 863-9700
    Facsimile: (303) 863-0223
    litigation@sheridanross.com

    *Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

By: /s/ *Melissa R. Smith*
    Elizabeth Rogers Brannen
    Kenneth J. Halpern
    Sarah Rahimi
    **STRIS & MAHER LLP**
    777 South Figueroa Street, Suite 3850
    Los Angeles, California 90017
    Telephone: (213) 995-6809
    Facsimile: (213) 261-0299
    ebrannen@stris.com
    khalpern@stris.com
    srahimi@stris.com

    Melissa Richards Smith
    Texas Bar No. 24001351
    **GILLAM AND SMITH, LLP**
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    melissa@gillamsmithlaw.com

    James Travis Underwood
    Texas Bar No. 24102587
    **GILLAM & SMITH, LLP**
    102 N. College, Suite 800
    Tyler, Texas 75702
    Telephone: (903) 934-8450
    Facsimile: (903) 934-9257
    travis@gillamsmithlaw.com

    *Attorneys for Defendant*
    *Cisco Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 6, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                   */s/ Melissa R. Smith*
                                                  Melissa R. Smith