IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br>**Jury Trial Demanded** |

## JOINT STATUS REPORT

Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Cisco Systems, Inc. ("Cisco") (together, the "Parties") submit this joint status report pursuant to the Court's Scheduling Order (ECF No. 104). On June 1, 2023 and afterwards, the Parties met and conferred regarding narrowing the number of asserted claims and asserted prior art references.

**Asserted Claims**

K.Mizra previously asserted Claims 1-3, 5-7, 9-13, 15-19 of U.S. Patent No. 8,234,705 ("the '705 Patent"). K.Mizra has now narrowed its asserted claims to independent claims 1, 12, and 19, and dependent claims 9 and 16 of the '705 Patent.

**Asserted Prior Art References**

Cisco previously asserted combinations based upon the following prior art references:

- U.S. Patent No. 9,436,820, Gleichauf et al ("Gleichauf"), entitled "Controlling Access to Resources in a Network", issued September 6, 2016;

- U.S. Patent No. 7,747,862, Ovadia, entitled "Method and Apparatus to Authenticate Base and Subscriber Stations and Secure Sessions for Broadband Wireless Networks", issued June 29, 2010;

- U.S. Patent No. 7,533,407, Lewis et al, entitled "System and Methods for Providing Network Quarantine", issued May 12, 2009; and

- Cisco Systems, Inc.'s Network Admission Control product, released June 21, 2004.

Cisco has now withdrawn the Gleichauf reference, including combinations based upon it.

K.Mizra reserves the right to object to Cisco's reliance on any of the asserted prior art references it is no longer pursuing, including at trial.

Dated: June 8, 2023

Respectfully submitted,

By: */s/ Patricia Y. Ho*
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Anna Rebecca Skupin
State Bar No. 24084272
becca.skupin@solidcounsel.com
Scheef & Stone, LLP
200 North Travis Street, Suite 402
Sherman, Texas 75090
(430) 262-5660

Robert R. Brunelli*
CO State Bar No. 20070
   rbrunelli@sheridanross.com
Patricia Y. Ho*
   pho@sheridanross.com
CO State Bar No. 38013

By: */s/ Melissa Richards Smith*
Elizabeth Rogers Brannen
Kenneth J. Halpern
Sarah Rahimi
Stris & Maher LLP
777 South Figueroa Street, Suite 3850
Los Angeles, CA 90017
Telephone: (213) 995-6809
Fax: (213) 261-0299
Email: ebrannen@stris.com
khalpern@stris.com
srahimi@stris.com

Melissa Richards Smith
Gillam and Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

| | |
|---|---|
| Paul Sung Cha* | James Travis Underwood |
| CO State Bar No. 34811 | Gillam & Smith, LLP |
| pscha@sheridanross.com | 102 N. College, Suite 800 |
| Matthew C. Holohan* | Tyler, TX 75702 |
| CO State Bar No. 40996 | Telephone: (903) 934-8450 |
| mholohan@sheridanross.com | Fax: (903) 934-9257 |
| Bart Starr* | Email: travis@gillamsmithlaw.com |
| bstarr@sheridanross.com | |
| CO State Bar No. 50446 | *Attorneys for Defendant* |
| Angela J. Bubis* | *Cisco Systems, Inc.* |
| CO State Bar No. 58144 | |
| abubis@sheridanross.com | |
| SHERIDAN ROSS P.C. | |
| 1560 Broadway, Suite 1200 | |
| Denver, CO 80202 | |
| Telephone: 303-863-9700 | |
| Facsimile: 303-863-0223 | |
| litigation@sheridanross.com | |

*\*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 8, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Patricia Y. Ho*
Patricia Y. Ho*
pho@sheridanross.com
CO State Bar No. 38013
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice*
*Attorney for Plaintiff K.Mizra LLC*