# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>        Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br>**Jury Trial Demanded** |

### EXHIBIT A IN SUPPORT OF PLAINTIFF K.MIZRA LLC'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT CISCO SYSTEMS, INC.'S CONTRACT-BASED AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

Dated: June 9, 2023

Respectfully submitted,

By: /s/ Matthew C. Holohan
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Anna Rebecca Skupin
State Bar No. 24084272
becca.skupin@solidcounsel.com
Scheef & Stone, LLP
200 North Travis Street, Suite 402
Sherman, Texas 75090
(430) 262-5660

Robert R. Brunelli*
CO State Bar No. 20070
rbrunelli@sheridanross.com
Paul Sung Cha*
CO State Bar No. 34811

pscha@sheridanross.com
Patricia Y. Ho*
CO State Bar No. 38013
pho@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
mholohan@sheridanross.com
Bart A. Starr*
CO State Bar No. 50446
bstarr@sheridanross.com
Angela J. Bubis*
CO State Bar No. 58144
abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice
Attorneys for Plaintiff K.Mizra LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing document has been served on June 9, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

By: /s/ Matthew C. Holohan
Matthew C. Holohan
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
303-863-9700
litigation@sheridanross.com
