# **EXHIBIT A**



# Assignment abstract of title for Application 11237003

| Invention title/Inventor | Patent | Publication | Application | PCT | International registration |
|---|---|---|---|---|---|
| CONTAGION ISOLATION AND INOCULATION<br>James A. Roskind, Aaron T. Emigh | 8234705<br>Jul 31, 2012 | | 11237003<br>Sep 27, 2005 | | |

## Assignments (7 total)

**Assignment 7**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051892/0218 | Jan 9, 2020 | Feb 11, 2020 | 53 | 9 |

Conveyance
RELEASE BY SECURED PARTY (SEE DOCUMENT FOR DETAILS).

Assignors
DLI LENDING AGENT, LLC

Correspondent
DANIEL J. FRIEDMAN
420 LEXINGTON AVENUE
SUITE 2400
NEW YORK, NY 10170

Assignee
CRYPTOPEAK SOLUTIONS, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

ECTOLINK, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

INTERFACE LINX, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

SELECTIVE SIGNALS, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

SI-FLASH DRIVES, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

SOTERIA ENCRYPTION, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

SYNERGY DRONE, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

UNIBEAM PHOTONICS, LLC
1055 E. COLORADO BLVD, SUITE 500
PASADENA, CALIFORNIA 91106

### Assignment 6

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 051499/0047 | Dec 24, 2019 | Jan 13, 2020 | 5 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
NETWORK SECURITY TECHNOLOGIES, LLC

Correspondent
DANIEL J. FRIEDMAN
420 LEXINGTON AVENUE
SUITE 2400
NEW YORK, NY 10170

Assignee
K.MIZRA LLC
2160 CENTURY PARK EAST
#707
LOS ANGELES, CALIFORNIA 90067

### Assignment 5

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 043862/0171 | Sep 22, 2017 | Oct 13, 2017 | 5 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| SPECTRUM PATENTS, INC. | NETWORK SECURITY TECHNOLOGIES, LLC<br>717 N. UNION STREET<br>SUITE 106<br>WILMINGTON, DE 19805 |

Assignee
NETWORK SECURITY TECHNOLOGIES, LLC
717 N. UNION STREET
SUITE 106
WILMINGTON, DELAWARE 19805

### Assignment 4

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042554/0298 | May 5, 2017 | May 23, 2017 | 53 | 13 |

Conveyance
SECURITY INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| CRYPTOPEAK SOLUTIONS, LLC<br>ECTOLINK, LLC<br>INTERFACE LINX, LLC<br>SELECTIVE SIGNALS, LLC<br>SI-FLASH DRIVES, LLC<br>SOTERIA ENCRYPTION, LLC<br>SYNERGY DRONE, LLC<br>UNIBEAM PHOTONICS, LLC | DAVID COHEN<br>MINTZ LEVIN<br>666 THIRD AVENUE<br>NEW YORK, NY 10017 |

Assignee
DLI LENDING AGENT, LLC
550 N BRAND BLVD
SUITE 2000
GLENDALE, CALIFORNIA 91203-1935

### Assignment 3

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 042311/0368 | Mar 30, 2017 | May 9, 2017 | 8 | 4 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

| Assignors | Correspondent |
|---|---|
| RADIX HOLDINGS, LLC | SPECTRUM PATENTS, INC.<br>211 EAST TYLER ST<br>SUITE 600-A<br>LONGVIEW, TX 75601 |

Assignee
SPECTRUM PATENTS, INC.
211 EAST TYLER ST
SUITE 600-A
LONGVIEW, TEXAS 75601

### Assignment 2

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 023388/0431 | Oct 11, 2009 | Oct 16, 2009 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
EMIGH, AARON

Correspondent
AARON EMIGH
762 JUDITH COURT
INCLINE VILLAGE, NV 89451

Assignee
RADIX HOLDINGS, LLC
762 JUDITH COURT
INCLINE VILLAGE, NEVADA 89451

**Assignment 1**

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 023388/0648 | Oct 1, 2009 | Oct 16, 2009 | 1 | 2 |

Conveyance
ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

Assignors
EMIGH, AARON T.
ROSKIND, JAMES A.
RADIX LABS, LLC

Correspondent
AARON EMIGH
762 JUDITH COURT
INCLINE VILLAGE, NV 89451

Assignee
EMIGH, AARON
762 JUDITH COURT
INCLINE VILLAGE, NEVADA 89451