UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-01031-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

### ORDER SETTING FINAL PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for FINAL PRETRIAL CONFERENCE by Public Zoom on July 28, 2023 at 01:30 PM.

IT IS SO ORDERED this 13th day of June, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE