IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br>**Jury Trial Demanded** |

**EXHIBIT A IN SUPPORT OF K.MIZRA'S RESPONSE IN OPPOSITION TO CISCO'S OPENING BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**

Dated: June 23, 2023

Respectfully submitted,

By: /s/ Bart A. Starr
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Anna Rebecca Skupin
    State Bar No. 24084272
    becca.skupin@solidcounsel.com
    Scheef & Stone, LLP
    200 North Travis Street, Suite 402
    Sherman, Texas 75090
    (430) 262-5660

    Robert R. Brunelli*
    CO State Bar No. 20070
       rbrunelli@sheridanross.com
    Paul Sung Cha*
    CO State Bar No. 34811

    pscha@sheridanross.com
Patricia Y. Ho*
CO State Bar No. 38013
    pho@sheridanross.com
Matthew C. Holohan*
CO State Bar No. 40996
    mholohan@sheridanross.com
Bart A. Starr*
CO State Bar No. 50446
    bstarr@sheridanross.com
Angela J. Bubis*
CO State Bar No. 58144
    abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on June 23, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

By: /s/ Bart A. Starr
 Bart A. Starr*
 CO State Bar No. 50446
 bstarr@sheridanross.com
 SHERIDAN ROSS P.C.
 1560 Broadway, Suite 1200
 Denver, CO 80202
 Telephone: 720-987-0899
 Facsimile: 303-863-0223
 litigation@sheridanross.com

 *Admitted pro hac vice*
 *Attorney for Plaintiff K.Mizra LLC*