**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| K.MIZRA LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　　　Defendant. | Civil Action No. 6:20-CV-01031-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF FIFTH PROPOSED AMENDMENT OF
SCHEDULING ORDER**

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") respectfully move this Court to enter a fifth proposed amendment of certain dates set forth in the Parties' Joint Notice of Fourth Proposed Amendment of Scheduling Order filed on June 6, 2023 (*see* ECF No. 108). Specifically, the Parties request a five-day extension of time for the filing of the Joint Pretrial Order and Pretrial Submissions, from Friday, July 14, 2023 to Wednesday, July 19, 2023.  All other deadlines would not be changed.

The Parties request this extension of time in order to be able to submit a Joint Pretrial Order and Pretrial Submissions tailored to the results of the Initial Pretrial Conference scheduled for Thursday, July 13. The Parties each have pending motions for summary judgment and Daubert motions, which are scheduled to be heard at the Initial Pretrial Conference, and the outcome of this hearing could affect the contents of the Joint Pretrial Order and Pretrial Submissions. In addition, the Parties are continuing to meet and confer to resolve outstanding issues affecting the Joint Pretrial Order and anticipate that this brief extension will allow them to file a Joint Pretrial

Order and Pretrial Submissions that will reflect additional areas of agreement and be more helpful to the Court and parties in advance of trial.

For the Court's convenience, a comparison of the current dates and the Parties' proposed dates are set forth in the following chart:

| Event | Current Deadline | Parties' Proposed Deadline |
|---|---|---|
| Serve objections to rebuttal disclosures and file motions *in limine*. | July 14, 2023 | No Change |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | July 14, 2023 | July 19, 2023 |
| File oppositions to motions *in limine*. | July 21, 2023 | No Change |
| File reply briefs to motions *in limine*. | July 28, 2023 | No Change |
| Deadline to meet and confer regarding remaining objections and disputes on motions in *limine*. | July 25, 2023 | No Change |
| File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. | July 28, 2023 | No Change |
| Final Pretrial Conference. | August 1, 2023 | No Change |
| Jury Selection/Trial. | August 14, 2023 | No Change |

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order as set forth in the above chart.

Dated: July 10, 2023                                  Respectfully submitted,

By: /s/ *Patricia Y. Ho*                              By: /s/ *Elizabeth Rogers Brannen*
    Michael C. Smith                              Elizabeth Rogers Brannen
    Texas Bar No. 18650410                        Kenneth J. Halpern
    **SCHEEF & STONE, LLP**                       Sarah Rahimi
    113 E. Austin Street                          **STRIS & MAHER LLP**
    Marshall, Texas 75670                         777 South Figueroa Street, Suite 3850
    Telephone: (903) 938-8900                     Los Angeles, California 90017
    michael.smith@solidcounsel.com                Telephone: (213) 995-6809
                                                  Facsimile: (213) 261-0299
    Anna Rebecca Skupin                           ebrannen@stris.com
    Texas Bar No. 24084272                        khalpern@stris.com
    **SCHEEF & STONE, LLP**                       srahimi@stris.com

3

200 North Travis Street, Suite 402
Sherman, Texas 75090
Telephone: (430) 262-5660
becca.skupin@solidcounsel.com

Robert R. Brunelli*
CO State Bar No. 20070
   rbrunelli@sheridanross.com
Paul Sung Cha*
CO State Bar No. 34811
   pscha@sheridanross.com
Patricia Y. Ho*
   pho@sheridanross.com
CO State Bar No. 38013
Bart Starr*
   bstarr@sheridanross.com
CO State Bar No. 50446
Angela J. Bubis*
CO State Bar No. 58144
   abubis@sheridanross.com
**SHERIDAN ROSS P.C.**
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: (303) 863-9700
Facsimile:  (303) 863-0223
litigation@sheridanross.com

*Attorneys for Plaintiff K.Mizra LLC*

Melissa Richards Smith
Texas Bar No. 24001351
**GILLAM AND SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
melissa@gillamsmithlaw.com

James Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 N. College, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile:  (903) 934-9257
travis@gillamsmithlaw.com

*Attorneys for Defendant
Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 10, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

    */s/ Melissa R. Smith*
    Melissa R. Smith