## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 6:20-CV-01031-ADA<br><br>**JURY TRIAL DEMANDED** |

## FIFTH AMENDED SCHEDULING ORDER

The Court ORDERS that the following amended schedule will govern deadlines up to and including the trial of this matter.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Serve objections to rebuttal disclosures and file motions *in limine*. | July 14, 2023 | No Change |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations). | July 14, 2023 | July 19, 2023 |
| File oppositions to motions *in limine*. | July 21, 2023 | No Change |
| File reply briefs to motions *in limine*. | July 28, 2023 | No Change |
| Deadline to meet and confer regarding remaining objections and disputes on motions in *limine*. | July 25, 2023 | No Change |
| File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. | July 28, 2023 | No Change |
| Final Pretrial Conference. | August 1, 2023 | No Change |
| Jury Selection/Trial. | August 14, 2023 | No Change |

SIGNED this 11th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE