# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-01031-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER CANCELLING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY SELECTION AND TRIAL** on **Monday, August 14, 2023 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 14th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE