# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC | § |
| | §  CIVIL NO: |
| vs. | §  WA:20-CV-01031-ADA |
| | § |
| CISCO SYSTEMS, INC. | § |

## ORDER CANCELLING FINAL PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **FINAL PRETRIAL CONFERENCE** on **Friday, July 28, 2023 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 14th day of July, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE