IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 6:20-CV-01031-ADA<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED NOTICE OF EXTENSION TO FILE REPLY TO PLAINTIFF
K.MIZRA LLC'S OPPOSITION TO DEFENDANT CISCO SYSTEM, INC.'S
MOTION TO SUPPLEMENT EXPERT REPORT OF DR. PAUL CLARK (DKT. 184)**

Pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Defendant Cisco Systems, Inc. ("Cisco") respectfully files this Unopposed Notice of Extension to File Reply to Plaintiff K.Mizra LLC's Opposition to Defendant Cisco System, Inc.'s Motion to Supplement Expert Report of Dr. Paul Clark (Dkt. 184).

On August 25, 2023, Cisco filed its Motion to Supplement Expert Report of Dr. Paul Clark (Dkt. 182). On September 1, 2023, Plaintiff K.Mizra, LLC ("Plaintiff") filed its Response in Opposition to Defendant Cisco System, Inc.'s Motion to Supplement Expert Report of Dr. Paul Clark (Dkt. 184). Counsel for Cisco met and conferred with counsel for Plaintiff to discuss the extension of time for Cisco to file its reply brief up to and including September 15, 2023, and counsel for Plaintiff indicated that Plaintiff was unopposed to this extension.

Cisco represents that this unopposed extension does not change the date of any hearing, trial, or other Court date. This Unopposed Notice is not filed for the purpose of delay but rather to permit Cisco a brief period of additional time to file its reply brief.

Dated: September 5, 2023

Respectfully submitted,

By: /s/ *Melissa R. Smith*
    Elizabeth Rogers Brannen
    Kenneth J. Halpern
    Sarah Rahimi
    **STRIS & MAHER LLP**
    777 South Figueroa Street, Suite 3850
    Los Angeles, California 90017
    Telephone: (213) 995-6809
    Facsimile:  (213) 261-0299
    ebrannen@stris.com
    khalpern@stris.com
    srahimi@stris.com

    Melissa Richards Smith
    Texas Bar No. 24001351
    **GILLAM AND SMITH, LLP**
    303 South Washington Avenue
    Marshall, Texas 75670
    Telephone: (903) 934-8450
    Facsimile:  (903) 934-9257
    melissa@gillamsmithlaw.com

    James Travis Underwood
    Texas Bar No. 24102587
    **GILLAM & SMITH, LLP**
    102 N. College, Suite 800
    Tyler, Texas 75702
    Telephone: (903) 934-8450
    Facsimile:  (903) 934-9257
    travis@gillamsmithlaw.com

    ***Attorneys for Defendant***
    ***Cisco Systems, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 5, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                */s/ Melissa R. Smith*
                                                Melissa R. Smith