# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-01031-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER SETTING ZOOM DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for ZOOM DISCOVERY HEARING by Zoom on September 27, 2023 at 02:30 PM.

IT IS SO ORDERED this 26th day of September, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE