**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **K.MIZRA LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| **v.** | § | **Civil Action No. 6:20-cv-1031** |
| | § | |
| **CISCO SYSTEMS, INC.** | § | |
| | § | |
| **Defendant** | § | |

## ORDER

Before the Court is defendant Cisco Systems Inc.'s Motion to Supplement Expert Report of Dr. Paul Clark (ECF No. 182).

The Court having considered the same and having considered the Plaintiff's response in opposition to the motion, and Defendant Cisco's reply, and after conducting a hearing on the motion on September 27, 2023, is of the opinion that Cisco's motion should be DENIED.

THEREFORE, it is hereby ORDERED that Cisco's motion is DENIED.

SIGNED this  3rd day of October, 2023

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE