# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC | § |
| | §  CIVIL NO: |
| vs. | §  WA:20-CV-01031-ADA |
| | § |
| CISCO SYSTEMS, INC. | § |

## ORDER SETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, June 24, 2024 at 09:00 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 3rd day of October, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE