# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-01031-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, August 05, 2024 at 09:00 AM**.

IT IS SO ORDERED this 4th day of March, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE