# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>  Defendant. | Civil Action No. 6:20-cv-01031-ADA<br><br>Jury Trial Demanded |

**JOINT NOTICE OF SIXTH PROPOSED AMENDMENT OF SCHEDULING ORDER**

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") respectfully submit this notice of their sixth proposed amendment of certain dates set forth in the Parties' Joint Motion For Entry Of Fifth Proposed Amendment of Scheduling Order filed July 10, 2023 (ECF No. 172) and in the Court's Fifth Amended Scheduling Order (ECF No. 173).

The Parties note that the current dates for the joint pretrial order and pretrial submissions, the final pretrial conference, and trial (*see* ECF Nos. 172, 173, 201, and 202) will not be affected by the Parties' proposed amended schedule. For the Court's convenience, a comparison of the current dates and the Parties' proposed dates are set forth in the following chart:

| Event | Former / Current Deadline | Parties' Proposed Date |
|---|---|---|
| Further Supplement to Pellegrino Report due. | | April 30, 2024 |
| Parties to meet and confer regarding objections to Further Supplement to Pellegrino Report or to confirm consent to service. | | May 1, 2024 |
| Further Supplement to Salters Report due. | | May 14, 2024 |

| Event | Former / Current Deadline | Parties' Proposed Date |
|---|---|---|
| Parties to meet and confer regarding objections to Further Supplement to Salters Report or to confirm consent to service. | | May 15, 2024 |
| Deposition of M. Pellegrino (2 hours). | | May 16, 2024 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery, and deposition designations). | June 16, 2023 | May 30, 2024 |
| Deposition of A. Salters. | | May 31, 2024 |
| *Daubert* motion deadline. | June 9, 2023 | June 7, 2024 |
| File motions *in limine*. | July 14, 2023 | June 7, 2024 |
| Parties to jointly email the Court's law clerk to confirm pretrial conference and trial dates | | June 10, 2024 |
| Serve objections to Pretrial Disclosures. Serve Rebuttal Disclosures. | June 30, 2023 | June 14, 2024 |
| Deadline to file Response to *Daubert* motions. | June 23, 2023 | June 20, 2024 |
| File oppositions to motions *in limine*. | May 13, 2024 | June 20, 2024 |
| Serve objections to Rebuttal Disclosures. | May 6, 2024 | June 20, 2024 |
| Deadline to file Replies to Responses to *Daubert* motions. | June 30, 2023 | June 24, 2024 |
| File reply briefs to motions *in limine*. | May 20, 2024 | June 24, 2024 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations, proposed questions for voir dire examination). | July 14, 2023 | June 25, 2024 |
| File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. | May 31, 2024 | June 27, 2024 |
| Parties to file any objections to the Proposed Jury Charge shall be filed as directed in the scheduling order. | | July 1, 2024 |

| Event | Former / Current Deadline | Parties' Proposed Date |
|---|---|---|
| Deadline to meet and confer regarding remaining objections and disputes on motions in *limine*. | May 27, 2024 | July 1, 2024 |
| Final Pretrial Conference. | July 2, 2024 at 9:00 a.m. Central via Zoom | No Change |
| Jury Selection/Trial. | August 5, 2024 | No Change |

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order as set forth in the above chart.

Dated: April 24, 2024

Respectfully submitted,

By: */s/ Paul S. Cha*
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
        rbrunelli@sheridanross.com
    Paul Sung Cha*
    CO State Bar No. 34811
        pscha@sheridanross.com
    Bart A. Starr*
    CO State Bar No. 50446
        bstarr@sheridanross.com
    Angela J. Bubis*
    CO State Bar No. 58144
        abubis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

*\*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

By: */s/ Melissa Smith*
    Elizabeth Rogers Brannen
    Kenneth J. Halpern
    Sarah Rahimi
    Stris & Maher LLP
    777 South Figueroa Street, Suite 3850
    Los Angeles, CA 90017
    Telephone: (213) 995-6809
    Fax: (213) 261-0299
    Email: ebrannen@stris.com
           khalpern@stris.com
           srahimi@stris.com

    Melissa Richards Smith
    Gillam and Smith, LLP
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    James Travis Underwood
    Gillam & Smith, LLP
    102 N. College, Suite 800
    Tyler, TX 75702
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: travis@gillamsmithlaw.com

*Attorneys for Defendant*
*Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 24, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Paul S. Cha*
Paul Sung Cha*
CO State Bar No. 34811
pscha@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Admitted pro hac vice*
*Attorney for Plaintiff K.Mizra LLC*