**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| K.MIZRA LLC, | |
| Plaintiff, | Civil Action No. 6:20-cv-01031-ADA |
| v. | Jury Trial Demanded |
| CISCO SYSTEMS, INC., | |
| Defendant. | |

**JOINT NOTICE OF SEVENTH PROPOSED AMENDMENT OF SCHEDULING
ORDER**

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") respectfully submit this notice of their seventh proposed amendment of certain dates set forth in the Parties' Joint Motion For Entry Of Sixth Proposed Amendment of Scheduling Order filed April 24, 2024 (ECF No. 206). Specifically, the Parties have agreed upon a further brief extension of time for the Parties to complete expert reports. The Parties also have agreed upon a further two- to three-week extension of time for some expert discovery, and a corresponding extension on the filing of opening *Daubert* motions.

The Parties note that the current dates for the joint pretrial order and pretrial submissions, the final pretrial conference, and trial (*see* ECF Nos. 172, 173, 201, and 202) will not be affected by the Parties' proposed amended schedule. For the Court's convenience, a comparison of the current dates and the Parties' proposed dates are set forth in the following chart:

| Event | Former / Current Deadline | Parties' Proposed Date |
|---|---|---|
| Further Supplement to Salters Report due. | May 14, 2024 | June 4, 2024 |

| Event | Former / Current Deadline | Parties' Proposed Date |
|---|---|---|
| Parties to meet and confer regarding objections to Further Supplement to Salters Report or to confirm consent to service. | May 15, 2024 | June 6, 2024 |
| Deposition of M. Pellegrino. | May 16, 2024 | June 7, 2024 |
| Serve Pretrial Disclosures (jury instructions, exhibit lists, witness lists, discovery, and deposition designations). | May 30, 2024 | No change |
| Deposition of A. Salters. | May 31, 2024 | June 13, 2024 |
| *Daubert* motion deadline. | June 7, 2024 | June 18, 2024 |
| File motions *in limine*. | June 7, 2024 | No change |
| Parties to jointly email the Court's law clerk to confirm pretrial conference and trial dates | June 10, 2024 | No change |
| Serve objections to Pretrial Disclosures. Serve Rebuttal Disclosures. | June 14, 2024 | June 17, 2024 |
| Deadline to file Response to *Daubert* motions. | June 20, 2024 | June 21, 2024 |
| File oppositions to motions *in limine*. | June 20, 2024 | No change |
| Serve objections to Rebuttal Disclosures. | June 20, 2024 | No change |
| Deadline to file Replies to Responses to *Daubert* motions. | June 24, 2024 | June 25, 2024 |
| File reply briefs to motions *in limine*. | June 24, 2024 | No change |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations, proposed questions for voir dire examination). | June 25, 2024 | June 26, 2024 |
| File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. | June 27, 2024 | No change |
| Parties to file any objections to the Proposed Jury Charge shall be filed as directed in the scheduling order. | July 1, 2024 | No change |
| Deadline to meet and confer regarding remaining objections | July 1, 2024 | No change |

| Event | Former / Current Deadline | Parties' Proposed Date |
|---|---|---|
| and disputes on motions in *limine*. | | |
| Final Pretrial Conference. | July 2, 2024 at 9:00 a.m. Central via Zoom | No change |
| Jury Selection. | August 1, 2024 or August 2, 2024 | No change |
| Trial. | August 5, 2024 | No change |

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order as set forth in the above chart.

Dated: May 13, 2024                                                    Respectfully submitted,

By: */s/ Angela J. Bubis*                              By: */s/ Melissa R. Smith*
     Michael C. Smith                                            Elizabeth Rogers Brannen
     Texas Bar No. 18650410                                  Kenneth J. Halpern
     michael.smith@solidcounsel.com                   Sarah Rahimi
     Scheef & Stone, LLP                                         Stris & Maher LLP
     113 E. Austin Street                                         777 South Figueroa Street, Suite 3850
     Marshall, TX 75670                                         Los Angeles, CA 90017
     (903) 938-8900                                                 Telephone: (213) 995-6809
                                                                         Fax: (213) 261-0299
     Robert R. Brunelli*                                        Email: ebrannen@stris.com
     CO State Bar No. 20070                                            khalpern@stris.com
       rbrunelli@sheridanross.com                              srahimi@stris.com
     Paul Sung Cha*
     CO State Bar No. 34811                                  Melissa Richards Smith
       pscha@sheridanross.com                               Gillam and Smith, LLP
     Bart A. Starr*                                                 303 South Washington Avenue
     CO State Bar No. 50446                                  Marshall, TX 75670
       bstarr@sheridanross.com                              Telephone: (903) 934-8450
     Angela J. Bubis*                                           Fax: (903) 934-9257
     CO State Bar No. 58144                                  Email: melissa@gillamsmithlaw.com
       abubis@sheridanross.com
     SHERIDAN ROSS P.C.                                    James Travis Underwood
     1560 Broadway, Suite 1200                             Gillam & Smith, LLP
     Denver, CO 80202                                          102 N. College, Suite 800
     Telephone: 303-863-9700                               Tyler, TX 75702
     Facsimile: 303-863-0223                                 Telephone: (903) 934-8450
     litigation@sheridanross.com                           Fax: (903) 934-9257
                                                                         Email: travis@gillamsmithlaw.com

     *Admitted pro hac vice*
     *Attorneys for Plaintiff K.Mizra LLC*                *Attorneys for Defendant*

*Cisco Systems, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 13, 2024, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record. All counsel of record are participants in CM/ECF and have consented to electronic service.

                          */s/ Melissa R. Smith*
                          Melissa R. Smith