UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-01031-ADA |
| | § | |
| CISCO SYSTEMS, INC. | § | |

## ORDER CANCELLING ZOOM PRETRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **ZOOM PRETRIAL CONFERENCE** on **Tuesday, July 02, 2024 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 26th day of June, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE