# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 6:20-cv-01031-ADA<br><br>Jury Trial Demanded |

**JOINT NOTICE OF EIGHTH PROPOSED AMENDMENT OF SCHEDULING ORDER**

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. (collectively, "the Parties") respectfully submit this notice of their eighth proposed amendment of certain dates set forth in the Parties' Joint Motion For Entry Of Seventh Proposed Amendment of Scheduling Order filed May 13, 2024 (ECF No. 208). Specifically, the Parties have agreed upon the below proposed schedule following the Court's Order Setting Jury Trial (ECF No. 217). For the Court's convenience, a comparison of the current dates and the Parties' proposed dates are set forth in the following chart:

| Event | Former / Current Deadline | Parties' Currently Proposed Date |
|---|---|---|
| *Daubert* motion deadline. | June 18, 2024 | August 9, 2024 |
| Serve objections to Pretrial Disclosures. Serve Rebuttal Disclosures. | June 17, 2024 | August 16, 2024 |
| Serve objections to Rebuttal Disclosures. | June 17, 2024 | August 23, 2024 |
| File oppositions to motions *in limine*. | June 20, 2024 | August 23, 2024 |
| Parties to jointly email the Court's law clerk to confirm | June 10, 2024 | August 26, 2024 |

| Event | Former / Current Deadline | Parties' Currently Proposed Date |
|---|---|---|
| pretrial conference and trial dates | | |
| Deadline to file Response to *Daubert* motions. | June 21, 2024 | August 30, 2024 |
| File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibit lists, witness lists, discovery and deposition designations, proposed questions for voir dire examination). | June 26, 2024 | August 30, 2024 |
| Parties to file any objections to the Proposed Jury Charge shall be filed as directed in the scheduling order. | July 1, 2024 | September 6, 2024 |
| Deadline to file Replies to Responses to *Daubert* motions. | June 25, 2024 | September 13, 2024 |
| File reply briefs to motions *in limine*. | June 24, 2024 | September 13, 2024 |
| Deadline to meet and confer regarding remaining objections and disputes on motions in *limine*. | July 1, 2024 | September 16, 2024 |
| File Joint Notice identifying remaining objections to pretrial disclosures and disputes on motions in *limine*. | June 27, 2024 | September 17, 2024 |
| Final Pretrial Conference. | July 2, 2024 at 9:00 a.m. Central via Zoom | September 20, 2024 |
| Jury Selection. | August 1, 2024 or August 2, 2024 | October 18, 2024 |
| Trial. | October 21, 2024 | No change |

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order as set forth in the above chart.

Dated: July 9, 2024

By: /s/ *Angela J. Bubis*
  Michael C. Smith
  Texas Bar No. 18650410
  michael.smith@solidcounsel.com
  Scheef & Stone, LLP
  113 E. Austin Street
  Marshall, TX 75670
  (903) 938-8900

  Robert R. Brunelli*
  CO State Bar No. 20070
    rbrunelli@sheridanross.com
  Paul Sung Cha*
  CO State Bar No. 34811
    pscha@sheridanross.com
  Bart A. Starr*
  CO State Bar No. 50446
    bstarr@sheridanross.com
  Angela J. Bubis*
  CO State Bar No. 58144
    abubis@sheridanross.com
  Briana D. Long*
  CO State Bar No. 57914
    blong@sheridanross.com
  SHERIDAN ROSS P.C.
  1560 Broadway, Suite 1200
  Denver, CO 80202
  Telephone: 303-863-9700
  Facsimile: 303-863-0223
  litigation@sheridanross.com

  M. Elizabeth Day*
  CA Bar No. 177125
  Bunsow De Mory LLP
  701 El Camino Real
  Redwood City, CA 94063
  Telephone: (650) 351-7248
  Facsimile: (415) 426-4744
  eday@bdiplaw.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

Respectfully submitted,

By: /s/ *Melissa Richards Smith*
  Elizabeth Rogers Brannen
  Kenneth J. Halpern
  Sarah Rahimi
  Stris & Maher LLP
  777 South Figueroa Street, Suite 3850
  Los Angeles, CA 90017
  Telephone: (213) 995-6809
  Fax: (213) 261-0299
  Email: ebrannen@stris.com
      khalpern@stris.com
      srahimi@stris.com

  Melissa Richards Smith
  Gillam and Smith, LLP
  303 South Washington Avenue
  Marshall, TX 75670
  Telephone: (903) 934-8450
  Fax: (903) 934-9257
  Email: melissa@gillamsmithlaw.com

  James Travis Underwood
  Gillam & Smith, LLP
  102 N. College, Suite 800
  Tyler, TX 75702
  Telephone: (903) 934-8450
  Fax: (903) 934-9257
  Email: travis@gillamsmithlaw.com

  *Attorneys for Defendant*
  *Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 9, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>/s/ Angela J. Bubis
>Angela J. Bubis
>CO State Bar No. 58144
>abubis@sheridanross.com
>SHERIDAN ROSS P.C.
>1560 Broadway, Suite 1200
>Denver, CO 80202
>Telephone: 303-863-9700
>Facsimile: 303-863-0223
>litigation@sheridanross.com
>
>*Attorney for Plaintiff K.Mizra LLC*