UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| K.MIZRA LLC | § § | |
| vs. | § § | NO:  WA:20-CV-01031-ADA |
| CISCO SYSTEMS, INC. | § § | |

### ORDER SETTING ZOOM PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for PRETRIAL CONFERENCE by Zoom on September 20, 2024 at 09:00 AM.

IT IS SO ORDERED this 13th day of August, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE