IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No.: 6:20-cv-01031-ADA <br><br><br> **Jury Trial Demanded** |

## JOINT REPORT ON OBJECTIONS TO WITNESSES, EXHIBITS, AND JURY CHARGE

Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Cisco Systems, Inc. ("Cisco") (collectively, the "Parties") hereby submit this joint report on objections to the witness lists, exhibit lists, and jury instructions as included in the Parties' Joint Pretrial Order (ECF No. 239). This joint report is filed pursuant to the Court's Amended Standing Order on Pretrial Procedures and Requirements in Civil Cases dated May 23, 2023, which includes the following requirements:

- Within one week after the filing of the joint pretrial order, any objections to the proposed exhibits, witnesses, or jury charge shall be filed, as directed in the scheduling order (para. A.1);

- Within one week after the filing of the joint pretrial order, any objections to the proposed witnesses shall be filed as directed in the scheduling order (para. B.2.a); and

- Within one week after the filing of the joint pretrial order, any objections to the proposed jury charge shall be filed as directed in the scheduling order (para. C.1.f).

The Parties' objections to exhibit lists were filed on August 30. (*See* ECF No. 239, Exs. 4B (K.Mizra's initial exhibit list and Cisco's preliminary objections), 4C (K.Mizra's objections to Cisco's amended exhibit list).) The Parties intend to continue working together to narrow and/or resolve the remaining disputes, but do not have any further changes to those objections at this time.

The Parties' objections on witness lists were also filed on August 30. (*See* ECF No. 240-5 at 1–3 (Cisco's objections to K.Mizra's witness list), 240-6 at 5–12 (K.Mizra's objections to Cisco's preliminary and trial witness lists).) The Parties intend to continue working together to narrow and/or resolve the remaining disputes, but do not have any further changes to those objections at this time.

The Parties' initial objections on jury instructions were filed on August 30. (*See* ECF No. 240-9). A revised version of the proposed jury instructions, which reflect the Parties' continuing efforts to resolve and/or narrow the remaining disputes, is attached as Exhibit A. The Parties will also submit a revised Word version of these instructions to the Court via email. The Parties intend to continue working together to narrow and/or resolve the remaining disputes. The Parties mutually reserve all rights, and respectfully request the opportunity to respond to any jury charge provided by the Court before or during trial.

| | |
|---|---|
| Dated: September 6, 2024 | Respectfully submitted, |
| By: */s/ Robert R. Brunelli* | By: */s/ Elizabeth Brannen* |

<div style="display:flex">
<div>

Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP
113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli*
CO State Bar No. 20070
　rbrunelli@sheridanross.com
Scott R. Bialecki*
CO State Bar No. 23103
　sbialecki@sheridanross.com
Bart A. Starr*
CO State Bar No. 50446
　bstarr@sheridanross.com
Brian S. Boerman*
CO State Bar No. 50834
　bboerman@sheridanross.com
Briana D. Long*
CO State Bar No. 57914
　blong@sheridanross.com
Angela J. Bubis*
CO State Bar No. 58144
　abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

M. Elizabeth Day*
CA Bar No. 177125
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
eday@bdiplaw.com

</div>
<div>

Elizabeth Rogers Brannen
Kenneth J. Halpern
Peter J. Brody
Sarah Rahimi
Stris & Maher LLP
777 South Figueroa Street, Suite 3850
Los Angeles, CA 90017
Telephone: (213) 995-6809
Fax: (213) 261-0299
Email: ebrannen@stris.com
　　　khalpern@stris.com
　　　pbrody@stris.com
　　　srahimi@stris.com

Melissa Richards Smith
Gillam and Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

James Travis Underwood
Gillam & Smith, LLP
102 N. College, Suite 800
Tyler, TX 75702
Telephone: (903) 934-8450
Fax: (903) 934-9257
Email: travis@gillamsmithlaw.com

*Attorneys for Defendant
Cisco Systems, Inc.*

</div>
</div>

Claire A. Henry
Texas Bar No. 24053063
Garrett Parish
Texas Bar No. 24125824
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
claire@wsfirm.com
gparish@wsfirm.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 6, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ *Joelle Enoch*
Joelle Enoch
Paralegal
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com