IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>    Defendant. | Civil Action No. 6:20-CV-01031-ADA<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND REAL-TIME REPORTING OF TRIAL PROCEEDINGS**

Pursuant to the Court's Standing Order Governing Proceedings (OGP 4.4)—Patent Cases, Defendant Cisco Systems, Inc. hereby notifies the Court of its request for daily transcripts and Real-Time reporting of the October 18, 2024 jury selection and October 21–25, 2024 trial proceedings in this matter.

A copy of this request is being provided via email to the Court Reporter, Kristie Davis, at kmdaviscsr@yahoo.com.

1

Dated: September 10, 2024  By: */s/ Elizabeth R. Brannen*
Elizabeth R. Brannen
Kenneth J. Halpern
Peter J. Brody
Sarah Rahimi
STRIS & MAHER LLP
777 S. Figueroa St, Ste 3850
Los Angeles, CA 90017
Telephone: 213.995.6800

Melissa Smith (State Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257

*Attorneys for Defendant
Cisco Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, the documents filed with the Clerk of Court via the Court's CM/ECF system under seal in the above-captioned case were subsequently served on all counsel of record by electronic mail.

*/s/ Elizabeth R. Brannen*
Elizabeth R. Brannen
Kenneth J. Halpern
Peter J. Brody
Sarah Rahimi
STRIS & MAHER LLP
777 S. Figueroa St, Ste 3850
Los Angeles, CA 90017
Telephone: 213.995.6800