# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **K.MIZRA LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL NO. W-20-CV-01031-ADA |
| | § | |
| **CISCO SYSTEMS, INC.,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## ORDER RESETTING ZOOM PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM PRETRIAL CONFERENCE on September 18, 2024 at 09:00 AM.

**IT IS SO ORDERED** this 16th day of September, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE