# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC, <br><br> Plaintiff, <br><br> v. <br><br> CISCO SYSTEMS, INC., <br><br> Defendant. | Civil Action No.: 6:20-cv-01031-ADA <br><br> **Jury Trial Demanded** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff K.Mizra LLC and Defendant Cisco Systems, Inc. have reached an agreement in principle that will resolve all matters in controversy in this action. The Parties jointly request that the Court stay all deadlines for 20 days and take the currently-scheduled pretrial conference and trial off calendar, which will allow the Parties to execute and satisfy the terms of a settlement agreement and file appropriate dismissal papers. The Parties bring this Motion not for delay, but to take the final steps to resolve this matter without incurring more expenses from ongoing litigation.

The Parties certify that they conferred under Rule CV-7(g) by email and agreed on the content and filing of this Joint Motion.

A proposed Order accompanies this Motion.

Dated: September 17, 2024

By: */s/ Claire A. Henry*
    Michael C. Smith
    Texas Bar No. 18650410
    michael.smith@solidcounsel.com
    Scheef & Stone, LLP
    113 E. Austin Street
    Marshall, TX 75670
    (903) 938-8900

    Robert R. Brunelli*
    CO State Bar No. 20070
        rbrunelli@sheridanross.com
    Scott R. Bialecki*
    CO State Bar No. 23103
        sbialecki@sheridanross.com
    Bart A. Starr*
    CO State Bar No. 50446
        bstarr@sheridanross.com
    Brian S. Boerman*
    CO State Bar No. 50834
        bboerman@sheridanross.com
    Briana D. Long*
    CO State Bar No. 57914
        blong@sheridanross.com
    Angela J. Bubis*
    CO State Bar No. 58144
        abubis@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

    M. Elizabeth Day*
    CA Bar No. 177125
    Bunsow De Mory LLP
    701 El Camino Real
    Redwood City, CA 94063
    Telephone: (650) 351-7248
    Facsimile: (415) 426-4744
    eday@bdiplaw.com

Respectfully submitted,

By: */s/ Melissa R. Smith*
    Elizabeth Rogers Brannen
    Kenneth J. Halpern
    Sarah Rahimi
    Peter J. Brody
    Stris & Maher LLP
    777 South Figueroa Street, Suite 3850
    Los Angeles, CA 90017
    Telephone: (213) 995-6809
    Fax: (213) 261-0299
    Email: ebrannen@stris.com
            khalpern@stris.com
            srahimi@stris.com
            pbrody@stris.com

    Melissa Richards Smith
    Gillam and Smith, LLP
    303 South Washington Avenue
    Marshall, TX 75670
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: melissa@gillamsmithlaw.com

    James Travis Underwood
    Gillam & Smith, LLP
    102 N. College, Suite 800
    Tyler, TX 75702
    Telephone: (903) 934-8450
    Fax: (903) 934-9257
    Email: travis@gillamsmithlaw.com

    Michael E. Jones
    POTTER MINTON, P.C.
    102 N. College Ave., Suite 900
    Tyler, TX 75702
    Telephone: (903) 597-8311
    Fax: (903) 593-0846
    Email: mikejones@potterminton.com

    *Attorneys for Defendant*
    *Cisco Systems, Inc.*

Claire A. Henry
Texas Bar No. 24053063
Garrett Parish
Texas Bar No. 24125824
Ward, Smith & Hill, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@wsfirm.com
gparish@wsfirm.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on September 17, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
