IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>　　Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br>**Jury Trial Demanded** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Cisco Systems, Inc. ("Cisco") have agreed to settle, adjust and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by K.Mizra against Cisco and all claims by Cisco against K.Mizra made therein with prejudice.

The parties further move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

The Parties certify that they conferred under Rule CV-7(g) by email and agreed on the content and filing of this Joint Motion.

A proposed Order accompanies this motion.

AGREED:

Dated: October 4, 2024

By: /s/ Robert R. Brunelli
Michael C. Smith
Texas Bar No. 18650410
michael.smith@solidcounsel.com
Scheef & Stone, LLP

Respectfully submitted,

By: /s/ Melissa R. Smith
Elizabeth Rogers Brannen
Kenneth J. Halpern
Sarah Rahimi
Peter J. Brody

113 E. Austin Street
Marshall, TX 75670
(903) 938-8900

Robert R. Brunelli*
CO State Bar No. 20070
rbrunelli@sheridanross.com
Scott R. Bialecki*
CO State Bar No. 23103
sbialecki@sheridanross.com
Bart A. Starr*
CO State Bar No. 50446
bstarr@sheridanross.com
Brian S. Boerman*
CO State Bar No. 50834
bboerman@sheridanross.com
Briana D. Long*
CO State Bar No. 57914
blong@sheridanross.com
Angela J. Bubis*
CO State Bar No. 58144
abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

M. Elizabeth Day*
CA Bar No. 177125
Bunsow De Mory LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744
eday@bdiplaw.com

Claire A. Henry
Texas Bar No. 24053063
Garrett Parish
Texas Bar No. 24125824
Miller Fair Henry PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Fax: (903) 757-2323
claire@millerfairhenry.com

Stris & Maher LLP
777 South Figueroa Street, Suite 3850
Los Angeles, CA 90017
Telephone: (213) 995-6809
Fax: (213) 261-0299
Email: ebrannen@stris.com
khalpern@stris.com
srahimi@stris.com
pbrody@stris.com

Melissa Richards Smith
Gillam and Smith, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Fax: (903) 934-9257
Email: melissa@gillamsmithlaw.com

James Travis Underwood
Gillam & Smith, LLP
102 N. College, Suite 800
Tyler, TX 75702
Telephone: (903) 934-8450
Fax: (903) 934-9257
Email: travis@gillamsmithlaw.com

Michael E. Jones
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, TX 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846
Email: mikejones@potterminton.com
*Attorneys for Defendant*
*Cisco Systems, Inc.*

gparish@millerfairhenry.com

*Admitted pro hac vice*
*Attorneys for Plaintiff K.Mizra LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 4, 2024, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Lori R. Brown*
Lori R. Brown
Paralegal
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com
