IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| K.MIZRA LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CISCO SYSTEMS, INC.,<br><br>  Defendant. | Civil Action No.: 6:20-cv-01031-ADA<br><br><br>**Jury Trial Demanded** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff K.Mizra LLC ("K.Mizra") and Defendant Cisco Systems, Inc. ("Cisco"), announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the above-entitled cause and all claims against Cisco by K.Mizra and against K.Mizra by Cisco herein are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**IT IS FINALLY ORDERED** that the Clerk of the Court is respectfully directed to close the case.

This is a final judgment.

Signed this 7th day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT